# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION
### CASE NO.: 5:02-CR-36-H-1
### 5:02-CR-36-H-2
### 5:02-CR-36-H-3
### 5:02-CR-36-H-4

| | |
|---|---|
| United States of America ) | |
| ) | REASSIGNMENT ORDER |
| vs. ) | |
| ) | |
| Michael Antwone Brown ) | |
| James Thomas Lynwood Johnson ) | |
| Derrick Lemar Hill ) | |
| Edwin Jemale Rich ) | |

At the direction of the Court and for the continued efficient administration of justice, the above captioned case is hereby reassigned to the Honorable James C. Dever III, U.S. District Judge to conduct all proceedings in this matter. All future pleadings should reflect the revised case number **5:02-CR-36-D.**

SO ORDERED, this the 16th day of November 2010.

                                               /s/ Dennis P. Iavarone
                                                  Clerk of Court